EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON       #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 03 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00531 SOM |
|---|---|---|
| Plaintiff, | ) | **SUPERCEDING INDICTMENT** |
| vs. | ) | |
| CHARLES E. DENIS, JR., | ) | [18 U.S.C. § 922(g)(9)<br>18 U.S.C. § 922(j)] |
| Defendant. | ) | |

SUPERCEDING INDICTMENT

COUNT 1
(18 U.S.C. § 922(g)(9))

The Grand Jury charges that:

On or about between August 9, 2002 to and including August 11, 2002, in the District of Hawaii, defendant CHARLES E. DENIS, JR., then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in

and affecting commerce a firearm, to wit: a Glock, Model 26, 9mm caliber semi-automatic pistol, bearing Serial Number EAB121US.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. § 922(j))

The Grand Jury further charges that:

On or about between August 9, 2002 to and including August 11, 2002, in the District of Hawaii, defendant CHARLES E. DENIS, JR., did knowingly possess a stolen firearm, knowing and having reasonable cause to believe that the firearm was stolen, to wit: a Glock, Model 26, 9mm caliber semi-automatic pistol,

//
//
//
//
//
//
//
//
//
//
//
//
//

bearing Serial Number EAB121US, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

DATED: December 3, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

United States v. CHARLES E. DENIS, JR.
Cr. No. 03-00531 SOM
"SUPERCEDING INDICTMENT"

3