AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

SEALED BY ORDER OF THE COURT

801506

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00531SOM-01 |
| CHARLES E. DENIS, JR. | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2007

at 9 o'clock and 20 min. a.M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CHARLES E. DENIS, JR. and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

U.S. MARSHAL HONOLULU  2007 OCT 31 AM 10:00  RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Saile M. Gerinimo | October 30, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Susan Oki Mollway, United States District Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 10/31/07  Date of Arrest 11/14/07 | NAME AND TITLE OF ARRESTING OFFICER Anthony L. Cole DUSM | SIGNATURE OF ARRESTING OFFICER /s/ |