# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00531SOM |
| CASE NAME: | USA vs. Charles E. Denis, Jr. |
| ATTYS FOR PLA: | Leslie Osborne<br>Mark Nugent (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Cynthia Fazio |
| DATE: | 11/16/2007 | TIME: | 2:45 - 3:10 |

COURT ACTION: EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Charles E. Denis, Jr. present and in custody.

Defendant admits to violation nos. 1, 2, 3 (however violations dated 3/12/07 and 3/16/07 could be the same), 4 and 5 (participated in a mental health program, but did not complete).

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 9 Months as to each of Counts 1 and 2, to be served concurrently.

Supervised Release: 24 Months as to each of Counts 1 and 2, to be served concurrently.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall execute all financial disclosure forms and provide the Probation Office access to any access to any requested financial information.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

> That the defendant shall have no contact with Kaewanani Colomban unless he has prior permission from the probation officer, including phones, letters, or direct or indirect contact.

Defendant advised of his right to appeal.

Mr. Silvert informed the Court that the defendant has no objection to his representing the defendant at this hearing.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.